9:47

Colors+ Youth Center



**Colors+ Youth Center**
May 10, 2023 · 🌐

Colors+ Counseling LLC is hiring Indepedently Licensed Therapists!
-Must be LGBTQ+ or LGBTQ+ Affirming
-Telehealth and/or in person therapy
-Clinicians are not responsible for billing, obtaining referrals, or any administrative responsibilities
-This is an hourly W2 position with benefits available

Apply at colorsplus.org/employment



Home    Video    Friends    Marketplace    Notifications    Menu

Colors+Counseling_00273



Colors+Counseling_00274

9:48

**Colors+ Youth Center**

 **Colors+ Youth Center**
Apr 19, 2023 · 🌐

Colors+ Counseling LLC is hiring independently licensed clinicians! Apply at colorsplus.org/employment



**Counseling**
21430 Lorain Rd. Suite 400
Fairview Park, Oh 44126
Counseling@colorsplus.org

**20 23**

OFFERING TELEHEALTH AND/OR IN-PERSON THERAPY OPTIONS

**NOW HIRING**

**INDEPENDENTLY LICENSED CLINICIANS**

**COLORS+ COUNSELING IS SEEKING CLINICIANS WHO ARE LGBTQ+ OR LGBTQ+ AFFIRMING, CLINICIANS WHO MAY SPEAK MORE THAN ONE LANGUAGE, BIPOC CLINICIANS, AND/OR CLINICIANS FROM OTHER MINORITY BACKGROUNDS. CLINICANS ARE NOT RESPONSIBLE FOR BILLING, OBTAINING REFERRALS, OR ANY ADMINISTRATIVE RESPONSIBILITIES. THIS IS A W2 POSITION.**

👍❤️ 13                    3 comments  5 shares

 Home    Video    Friends    Marketplace    Notifications    Menu

Colors+Counseling_00275



Colors+Counseling_00276





Colors+Counseling_00278



Colors+Counseling_00279



Colors+Counseling_00280