# Sara L. Schuster

| | |
|---|---|
| **From:** | Colleen Cronin <ccronin@colorsplus.org> |
| **Sent:** | Thursday, October 17, 2024 4:13 PM |
| **To:** | Mark Onusko |
| **Cc:** | Jennifer Browne; Erin DiVincenzo; Clare Rosser; Felicia Harrison |
| **Subject:** | Re: ADAMHS September Program Report - Colors+ |

: This email originated from outside of the organization.
links or open attachments unless you recognize the sender and know the content is safe.

Mark,

Thanks!

Colleen


On Thu, Oct 17, 2024 at 10:55 AM Mark Onusko <onusko@adamhscc.org> wrote:

> Good morning Colleen,
>
> Responding to your email below.
>
> **CY2024 Funding**
>
> Yes, the program changes you listed for the remainder of CY2024 are approved (music therapy programming collaboration with In Harmony, Connections+ weekly drop-in at Cove Center).
>
> **CY2025 Funding**
>
> No, it is too late to submit a CY2025 funding request, as the RFP process is closed.
>
> All the best,
>
> **Mark Onusko, Psy.D.**
>
> Behavioral Health Prevention Specialist

1

ADAMHS Board of Cuyahoga County

2012 West 25th Street, 6th Floor

Cleveland, OH 44113

Main line: 216.241.3400, ext. 718
Direct line: 216.830.4399

Fax: 216.830.6802

**From:** Colleen Cronin <ccronin@colorsplus.org>
**Sent:** Wednesday, October 16, 2024 4:29 PM
**To:** Mark Onusko <onusko@adamhscc.org>
**Cc:** Jennifer Browne <jenny@jbadvance.com>
**Subject:** Re: ADAMHS September Program Report - Colors+

]: This email originated from outside of the organization.
k links or open attachments unless you recognize the sender and know the content is safe.

Hello Mark,

We did not run any art therapy groups in September, but I do have some questions about other programs' eligibility. Emailing you was on my list for today, so your timing in perfect.

We spoke with In Harmony, who we collaborate with on music therapy, about our joint capacity to expand that programming and are in the process of working out a schedule. The current monthly program is funded by a CAC grant, but I'd like to use ADAMHS funding for the expansion.

We're also starting a Connections+ weekly drop-in at the Cove Center in Lakewood, as there is currently no specific city-wide programming for LGBTQ+ youth in Lakewood. City of Lakewood Department of

Human Services is providing the space, an after-school transportation loop, and some start-up funding for appropriate furnishings. Colors+ is in the process of applying for grants and seeking to provide the programming. Would this be a viable use of some of what's left of 2024 ADAMHS funding in the interim?

Finally, we did not apply for prevention program funding for 2025 because at the time it was due, we were in the midst of a leadership change and were uncertain of the type of programming we would be able to provide. Since then, we have developed collaborations that give us the capacity to provide prevention programming LGBTQ+ youth and families in several areas, including mental health and well-being, substance abuse and other risk factors like sextortion, hate crimes awareness, etc.

Is there opportunity to submit a late application for prevention funding?

Thanks for your time--I look forward to hearing from you!

Collen

On Wed, Oct 16, 2024 at 2:33 PM Mark Onusko <onusko@adamhscc.org> wrote:

> Good afternoon Jenny and Colleen,
>
> I hope all is well for you both!
>
> As a reminder, the Monthly Program Report for September was due on October 15th. Please email the report by this **Friday, October 18th**. Let me know if you have any questions or concerns.
>
> All the best,
>
> **Mark Onusko, Psy.D.**
>
> Behavioral Health Prevention Specialist

ADAMHS Board of Cuyahoga County

2012 West 25th Street, 6th Floor

Cleveland, OH 44113

Main line: 216.241.3400, ext. 718
Direct line: 216.830.4399

Fax: 216.830.6802

--



**Colleen Cronin**

President, Board of Directors

Colors+ Youth Center

--



**Colleen Cronin**
President, Board of Directors
Colors+ Youth Center

4