# Conversation with Bird, Colleen Magnan Cronin (+14408648013, +12163344032)

| Type | Date | Content |
|---|---|---|
| Received Sent by: Colleen Magnan Cronin | Jul 15, 2024 6:19:59 PM | Thank you for the info. |
| Received Sent by: Bird | Jul 15, 2024 6:19:18 PM | I cannot control it remotely, it was broken recently and the landlord said it was repaired. You can control it manually at the center. |
| Received Sent by: Colleen Magnan Cronin | Jul 15, 2024 6:16:23 PM | If you control the thermostat remotely please put the air conditioning on in the Youth Center. Extreme heat is not good for Youth attending programs. Set it at 70 max. |
| Received Sent by: Colleen Magnan Cronin | Jul 11, 2024 5:29:15 PM | You are not doing yourselves any favors |
| Received Sent by: Colleen Magnan Cronin | Jul 11, 2024 5:28:48 PM | I truly cannot believe how horrible you are by retaliating against a child. |
| Received Sent by: Colleen Magnan Cronin | Jul 11, 2024 2:18:57 PM | I need one of you to approve the request for Tom to access the security system |
| Received Sent by: Colleen Magnan Cronin | Oct 13, 2023 5:45:07 PM | Liked "Thank you Colleen 😊" |
| Received Sent by: Bird | Oct 13, 2023 5:07:11 PM | Thank you Colleen 😊 |
| Received Sent by: Colleen Magnan Cronin | Oct 11, 2023 9:06:20 PM | Right back atcha! |
| Sent | Oct 11, 2023 9:04:50 PM | Thanks so much, Colleen. I appreciate you ❤️ |
| Received Sent by: Colleen Magnan Cronin | Oct 11, 2023 8:29:55 PM | I know it's past bedtime. Please forgive me, I want to congratulate you both for the Heritage Award nomination!!! Have a wonderful evening, hopefully reveling in what a difference you make. |

| | | |
|---|---|---|
| Received Sent by: Colleen Magnan Cronin | Jul 23, 2023 9:31:19 PM | 🥰 |
| Sent | Jul 23, 2023 9:29:56 PM | Hope you have a fantastic week |
| Sent | Jul 23, 2023 9:29:47 PM | Gelatinous! lol great description. That sounds fun. I'm glad you finally got out on the water! I'll email now. I'm about to email campers anyhow. That's so sweet 😊 thank you 🥰 |
| Received Sent by: Colleen Magnan Cronin | Jul 23, 2023 9:26:38 PM | You two are the best. Ryan said "pillars of the community" and that was no exaggeration. Have a wonderful evening and a great time with the camp this week! |
| Received Sent by: Colleen Magnan Cronin | Jul 23, 2023 9:24:34 PM | Thanks! I taught a friend how to kayak today so feeling a bit gelatinous! If you could email I'd appreciate. Maybe don't include Phyllis? I've actually never met her! |
| Received Sent by: Colleen Magnan Cronin | Jul 23, 2023 9:22:23 PM | Loved "I agree about the info. She's told me before to re…" |
| Sent | Jul 23, 2023 9:22:16 PM | We are home safely. Thank you for checking in. Hope you were able to have a restful weekend. Thank you for taking time for the meeting tonight and before |
| Sent | Jul 23, 2023 9:22:02 PM | I agree about the info. She's told me before to reach out if we need anything from her specifically and she does support financially but definitely agree about the info |
| Sent | Jul 23, 2023 9:21:41 PM | I agree. Would you like to send the follow up email with not sharing that info yet or would you like me to? |
| Received Sent by: Colleen Magnan Cronin | Jul 23, 2023 9:20:56 PM | Hope you're home safe! We'll work it all out. |
| Received Sent by: Colleen Magnan Cronin | Jul 23, 2023 9:17:59 PM | Liked "I've been feeling the same way about Phyllis getti…" |
| Received Sent by: Bird | Jul 23, 2023 9:17:13 PM | I've been feeling the same way about Phyllis getting information and not engaging |

| Received Sent by: Colleen Magnan Cronin | Jul 23, 2023 9:14:15 PM | Sorry to text so late! Just realized I didn't mention that we should not tell anyone about the leadership changes until we draft a statement and announce. Also just realized Phyllis was on the invite and received the meeting minutes. Hoping she doesn't read them, because people talk. I don't think she should be considered a board member, even as an advisor since she doesn't advise or participate. |
|---|---|---|
| Sent | Jul 21, 2023 3:38:53 PM | Sounds great! |
| Received Sent by: Colleen Magnan Cronin | Jul 21, 2023 3:01:13 PM | That sounds good. I'll draft an agenda and send it to you. I think most of the time will be about staffing changes and related discussion |
| Sent | Jul 21, 2023 2:59:14 PM | We can touch base though if you'd like. We're in Columbus right now but I can be free outside of meals and bedtime |
| Sent | Jul 21, 2023 2:58:34 PM | There's not much to update from us outside of the changes in staffing and talking about Pride month events/security and I will send the update about the budget |
| Sent | Jul 21, 2023 2:57:25 PM | Since we will be on the road possibly, we can give a verbal update on things and send the updated projected vs actual budget next week |
| Received Sent by: Colleen Magnan Cronin | Jul 21, 2023 2:48:50 PM | Can we touch base on meeting agenda? Are you planning a board update? |
| Received Sent by: Bird | Jul 12, 2023 3:52:09 PM | She also said congratulations 🤣 |
| Received Sent by: Colleen Magnan Cronin | Jul 12, 2023 3:50:10 PM | How'd Lisa hold up? |
| Received Sent by: Colleen Magnan Cronin | Jul 12, 2023 3:49:51 PM | Yay! How'd it go? |
| Received Sent by: Bird | Jul 12, 2023 3:49:06 PM | Shannon now knows 🙂 |
| Received Sent by: Colleen Magnan Cronin | Jul 11, 2023 8:34:39 PM | I'm all situated if you want to call |

| Sent | Jul 11, 2023 8:27:22 PM | No hurry |
|------|------|------|
| Sent | Jul 11, 2023 8:27:20 PM | No worries |
| Received Sent by: Colleen Magnan Cronin | Jul 11, 2023 8:26:44 PM | I just need like 5 minutes |
| Received Sent by: Colleen Magnan Cronin | Jul 11, 2023 8:26:26 PM | Ok |
| Sent | Jul 11, 2023 8:25:37 PM | Phone call works |
| Received Sent by: Colleen Magnan Cronin | Jul 11, 2023 8:24:02 PM | Video? |
| Received Sent by: Colleen Magnan Cronin | Jul 11, 2023 8:24:00 PM | Ok. Do you want to call me at 8:30? Or would you rather cideo? |
| Received Sent by: Bird | Jul 11, 2023 8:23:34 PM | There's no time like the present |
| Sent | Jul 11, 2023 8:23:17 PM | A few mins works |
| Received Sent by: Colleen Magnan Cronin | Jul 11, 2023 8:23:05 PM | I could talk in a few minutes for a bit or we can do Thursday. |
| Received Sent by: Colleen Magnan Cronin | Jul 11, 2023 8:22:29 PM | It is if you're up for it. I want to be mindful of yours too. |
| Sent | Jul 11, 2023 8:21:46 PM | Just want to be mindful of your time off work too |

| | | |
|---|---|---|
| Sent | Jul 11, 2023 8:21:22 PM | We can talk tonight if the curiosity is getting the best of you lol |
| Sent | Jul 11, 2023 8:20:45 PM | 😂 to "Ok. Gee now I'm not curious at all! 😂 " |
| Received Sent by: Bird | Jul 11, 2023 8:20:36 PM | Thursday is good |
| Received Sent by: Colleen Magnan Cronin | Jul 11, 2023 8:20:33 PM | Ok. Gee now I'm not curious at all! 😂 |
| Received Sent by: Bird | Jul 11, 2023 8:19:45 PM | Yeah just need to talk about changes |
| Received Sent by: Colleen Magnan Cronin | Jul 11, 2023 8:18:03 PM | I could do tomorrow afternoon sometime or Thursday between 3-6. Friday's a bear. Everything ok? |
| Sent | Jul 11, 2023 8:13:55 PM | Lisa asked me to text you about times to chat. Tomorrow is busy in the evening with programs. Thursday, we can talk before 6pm. Friday might be between 330-530ish? Saturday morning too |
| Sent | Jul 1, 2023 2:13:58 PM | Welcome! |
| Received Sent by: Colleen Magnan Cronin | Jul 1, 2023 1:22:37 PM | Got it! Thanks for clarifying! |
| Sent | Jul 1, 2023 1:02:15 PM | Now it's ED and deputy director |
| Sent | Jul 1, 2023 1:02:04 PM | We used to be co-directors but then switched it when we got the grant from three arches to distinguish differences between jobs also because we created the job descriptions then which need updated |
| Received Sent by: Colleen Magnan Cronin | Jul 1, 2023 12:55:40 PM | Quick question. I thought both your titles were Co-Executive Director. Has it always been ED and Deputy Director? |
| Received Sent by: Colleen | Jul 1, 2023 | I hope you get some good relaxation! I'll send stuff but no need to read or reply until you're back |

| | | |
|---|---|---|
| Received<br>Sent by:<br>Colleen<br>Magnan<br>Cronin | Jul 1,<br>2023<br>11:17:27<br>AM | Loved "Starts tomorrow 🙂" |
| Received<br>Sent by:<br>Bird | Jul 1,<br>2023<br>11:16:25<br>AM | Starts tomorrow 🙂 |
| Received<br>Sent by:<br>Colleen<br>Magnan<br>Cronin | Jul 1,<br>2023<br>11:15:57<br>AM | *want to |
| Received<br>Sent by:<br>Colleen<br>Magnan<br>Cronin | Jul 1,<br>2023<br>11:15:41<br>AM | When is your official vacation? Has it started? I'm working on follow up email to our conversation but was to be mindful of your need to decompress!! |
| Sent | Jun 28,<br>2023<br>12:59:31<br>PM | No problem just get here safely |
| Received<br>Sent by:<br>Colleen<br>Magnan<br>Cronin | Jun 28,<br>2023<br>12:46:51<br>PM | Hi! Heading your way. Probably get there around 1:15. Took longer to find some papers I needed |
| Received<br>Sent by:<br>Colleen<br>Magnan<br>Cronin | Jun 28,<br>2023<br>12:46:13<br>PM | Looking forward to seeing you!! |
| Received<br>Sent by:<br>Colleen<br>Magnan<br>Cronin | Jun 27,<br>2023<br>8:48:19<br>PM | I can come at 1. I'll text tomorrow. |
| Received<br>Sent by:<br>Colleen<br>Magnan<br>Cronin | Jun 27,<br>2023<br>8:48:00<br>PM | Liked "Actually can you come closer to 1? I forgot I have…" |
| Received<br>Sent by:<br>Bird | Jun 27,<br>2023<br>7:39:02<br>PM | Actually can you come closer to 1? I forgot I have a doctor's appointment I thought it was earlier in the day but it's at 3:00 p.m. |
| Received<br>Sent by:<br>Colleen<br>Magnan<br>Cronin | Jun 27,<br>2023<br>7:06:05<br>PM | Liked "Yeah just text on your way. Drop in starts at 4 an…" |

| | | |
|---|---|---|
| Received Sent by: Bird | Jun 27, 2023 6:43:58 PM | Yeah just text on your way. Drop in starts at 4 and like I said we'll be there by 2. It's good to know your neighbors |
| Received Sent by: Colleen Magnan Cronin | Jun 27, 2023 3:22:34 PM | Great! Turns out my divorce lawyer is about 2 doors down and I have some stuff to drop off. Should I just text you, or is there a particular time that works best for you? |
| Received Sent by: Bird | Jun 27, 2023 3:21:55 PM | Yes we'll be in the office after lunch probably by 2 |
| Received Sent by: Colleen Magnan Cronin | Jun 27, 2023 2:59:29 PM | Hi! Are you going to be around tomorrow afternoon? I'd love to have a check-in meeting. |
| Received Sent by: Colleen Magnan Cronin | Jun 22, 2023 8:38:13 PM | Loved "Yessss we've been stand up paddle boarding a few t…" |
| Sent | Jun 22, 2023 8:36:31 PM | Yessss we've been stand up paddle boarding a few times. It's been great weather when the air quality isn't terrible |
| Received Sent by: Colleen Magnan Cronin | Jun 22, 2023 8:32:12 PM | Thanks so much--I'm excited to have a break too. Time to bust out the kayaks! |
| Sent | Jun 22, 2023 8:30:49 PM | As are you!!!! So grateful for you and excited for you to get a break. You do so much for others |
| Received Sent by: Colleen Magnan Cronin | Jun 22, 2023 8:25:16 PM | That's because you're overall such dang good people! ❤️ |
| Sent | Jun 22, 2023 8:20:57 PM | I definitely want to look at all of the angles too. We don't want anymore reason to be targets of scrutiny like you said but even more so always want to be legal |
| Received Sent by: Colleen Magnan Cronin | Jun 22, 2023 8:00:41 PM | I'm not opposed to discussing, I just want to make sure to look at things from many angles and that all the nonprofit IRS and accounting rules are followed since there's extra scrutiny on just about everything we do these days. Let me know what your schedules are looking like for a meeting in the next week or so. I'm off so I can come to you! |
| Received Sent by: Colleen Magnan Cronin | Jun 22, 2023 7:53:41 PM | Loved "Hey! No problem. Thank you for your thoughts and f…" |

| Sent | Jun 22, 2023 7:53:09 PM | Hey! No problem. Thank you for your thoughts and feedback. We always want to be above board or all things. You bring up good points and questions. We can definitely talk more about all of the security expenses and more. |
|------|------|------|
| Received Sent by: Colleen Magnan Cronin | Jun 22, 2023 7:28:29 PM | Hi! Thanks for the info. I'm wary of the nonprofit paying for a home security system for several reasons. There would be income and payroll tax implications for both you and the nonprofit depending on how the expense was accounted for. There may also be an issue of asset ownership, depreciation, etc. The funds were also collected with the specific promise to donors that those funds would be used for event security, and subsequently to enhance the security at Colors+. There's also the question then of where do we draw the line. Other employees and board members could be doxed or receive threats--would that open the nonprofit up to paying for their home security too? I think we should meet and go over all the security expenses to date, the amount of donated funds designated to security, and what security and funds will be needed going forward. I was under the impression that we had raised more than enough to cover the expenses of the event security plus systems and monitoring to make the building safe. |
| Sent | Jun 22, 2023 2:14:29 PM | Hey Colleen. I'm so glad we have a much needed break coming up soon! We would love to see you too not in crisis mode! So we are trying to send a budget to the gund foundation to try to get remaining security costs covered for the upcoming year. Mallory said that we should have the nonprofit pay for the security system that we put in our house because we otherwise wouldn't have it. It would be something we would need approval from the board of course. What are your thoughts? We did pay for it while in crisis mode but can return it if the board doesn't approve. |
| Received Sent by: Colleen Magnan Cronin | Jun 20, 2023 9:36:10 PM | Glad to hear from you! I'm ok but it's been a busier-than-expected few weeks. Catching up on things here too and looking forward to a much-needed break in action. Not going anywhere while I'm off, just relaxing (as best I can) and seeing friends and family. Would love to see you both when we're not in crisis mode! Have a good evening |
| Sent | Jun 20, 2023 9:03:55 PM | Hey. You're so thoughtful thank you. We're moving towards more comfort. Trying to catch up on all of the things such as emails that needed caught up on from before the event. Thank you for giving space but also reaching out. It means a lot to know you and be connected with you. Let me look at our schedule for next week and let you know!! How are you? |
| Received Sent by: Colleen Magnan Cronin | Jun 20, 2023 6:07:03 PM | I'm also off all next week if you want to connect and catch up. |
| Received Sent by: Colleen Magnan Cronin | Jun 20, 2023 6:04:54 PM | Hi! Actually just checking in to see how you're both doing and if you've had a chance to decompress after all the stress surrounding the event. I know security is still top of mind, especially moving forward. Have you been able to reach a reasonable comfort level? Anything I can do to help? I'm trying to give you space to get back to normal because it's been a lot of trauma but also want you to know I'm thinking about you and here if you need me. |
| Sent | May 31, 2023 10:59:25 AM | 😍 to "Thanks. They are very wealthy." |
| Received Sent by: Colleen Magnan Cronin | May 31, 2023 10:55:05 AM | Thanks. They are very wealthy. |
| Sent | May 31, 2023 10:00:47 AM | I have a Doug Hubbard $100 |

| | | |
|---|---|---|
| Received Sent by: Colleen Magnan Cronin | May 31, 2023 9:45:10 AM | My COO said she made a donation. Can you tell me how much Judy Hubbard gave? |
| Sent | May 30, 2023 10:19:29 PM | Sounds great |
| Received Sent by: Colleen Magnan Cronin | May 30, 2023 9:55:08 PM | But we can do that and write a couple posts tomorrow. Won't take long. |
| Received Sent by: Colleen Magnan Cronin | May 30, 2023 9:54:38 PM | Then other supporters are listed under. |
| Received Sent by: Colleen Magnan Cronin | May 30, 2023 9:53:53 PM | Here's an example |
| Sent | May 30, 2023 9:52:54 PM | Sounds great! |
| Sent | May 30, 2023 9:52:49 PM | 👍 to "It's just a visual arrangement of your sponsors by level. Used for emails, social posts, signage. " |
| Received Sent by: Colleen Magnan Cronin | May 30, 2023 9:50:44 PM | It's just a visual arrangement of your sponsors by level. Used for emails, social posts, signage. |
| Sent | May 30, 2023 9:49:19 PM | I don't know what a logo lockup is but I trust you. I can email that to ya |
| Received Sent by: Colleen Magnan Cronin | May 30, 2023 9:47:49 PM | Yes I can help with that. Can you email me all the logos tomorrow? We need to do a "logo lockup" too. I would think sponsors would want more advertising--that's what they paid for. |
| Sent | May 30, 2023 9:44:36 PM | Me too. So Lauren is probably done as of tonight. Would you be able to help draft one of the sponsors posts for social media? We're going to reach out to sponsors to make sure they're okay with us advertising more |
| Received Sent by: Colleen Magnan Cronin | May 30, 2023 9:43:00 PM | Glad to hear that. I'm excited to find out what she has to say. |

| Received Sent by: Colleen Magnan Cronin | May 30, 2023 9:41:35 PM | Liked "We're feeling a lil more grounded after talking mo…" |
|---|---|---|
| Sent | May 30, 2023 9:11:59 PM | We're feeling a lil more grounded after talking more to Mallory and hopefully moreso after meeting her tomorrow too. |
| Received Sent by: Colleen Magnan Cronin | May 30, 2023 6:31:34 PM | Hi! It's been ok, nothing spectacular, just work. You're welcome--Happy to help! How are you both doing? Such scary stuff. Glad the pleas for finding was a success, though I'm sure we'd all rather put that to programs |
| Sent | May 30, 2023 6:27:28 PM | Hey Colleen. How's your day going? Thanks again for your support and feedback last weekend |
| Received Sent by: Colleen Magnan Cronin | May 27, 2023 6:46:01 PM | It is a lot and I'm so sorry you have to worry about all this shit. I never in my life thought we'd be dealing with actual Nazis. You both have my utmost respect, always. I'm concerned about the messaging and whether this brings actual increased safety, or a false sense thereof. And I mean that sincerely, I don't know the answer. |
| Received Sent by: Bird | May 27, 2023 6:37:28 PM | It's a lot for us to handle |
| Sent | May 27, 2023 6:37:19 PM | I'm sorry you felt blindsided. We're very stressed, overwhelmed, and worried about not just the safety of the event but the safety of our family and home moving forward and this is a step that we're trying to have some kind of barrier to making it harder for hateful people to find our family and home |
| Received Sent by: Bird | May 27, 2023 6:37:16 PM | Sorry about that. |
| Received Sent by: Colleen Magnan Cronin | May 27, 2023 6:35:42 PM | I just felt blindsided and thought it would be confusing to the board. It's a major change in communication. |
| Sent | May 27, 2023 6:32:31 PM | We can send something out first. Thank you for setting your boundary on not wanting to announce it. We don't wanna put that on you. Do you have any other questions before we send an email? |
| Received Sent by: Colleen Magnan Cronin | May 27, 2023 6:27:25 PM | Do you want this email to go out before or after you communicate the name changes? |
| Received Sent by: Bird | May 27, 2023 6:15:18 PM | I can announce it |
| Received Sent by: | May 27, 2023 | That's not really fair. I'm not comfortable with sending an official email to the board without there being an announcement on that. |

| | | |
|---|---|---|
| Colleen<br>Magnan<br>Cronin | 6:14:29<br>PM | |
| Received<br>Sent by:<br>Bird | May 27,<br>2023<br>6:13:07<br>PM | If it helps, the names are gender neutral and you can consider our legal names our dead names. |
| Received<br>Sent by:<br>Bird | May 27,<br>2023<br>6:11:00<br>PM | Well, moving forward the founders are Lennon and Kameron. There's nothing we can do about what people already know. But I can create a barrier by changing my name publicly. |
| Received<br>Sent by:<br>Colleen<br>Magnan<br>Cronin | May 27,<br>2023<br>6:09:29<br>PM | But your names are already out everywhere as founders so I'm confused how this would increase safety |
| Received<br>Sent by:<br>Bird | May 27,<br>2023<br>5:58:46<br>PM | Same people different names. When legally required our legal names will be used, there's no way around that |
| Received<br>Sent by:<br>Colleen<br>Magnan<br>Cronin | May 27,<br>2023<br>5:54:42<br>PM | Yes. Your names are part of the established credibility of Colors+ and are also legally required in public financial disclosures |
| Received<br>Sent by:<br>Bird | May 27,<br>2023<br>5:47:36<br>PM | You mean by changing our names? |
| Received<br>Sent by:<br>Colleen<br>Magnan<br>Cronin | May 27,<br>2023<br>5:45:09<br>PM | I'm also concerned about the message that send to community, families, kids, sponsors, elected officials, etc |
| Received<br>Sent by:<br>Colleen<br>Magnan<br>Cronin | May 27,<br>2023<br>5:43:12<br>PM | I'm deep in thought. I hate that this level of fear is a thing |
| Received<br>Sent by:<br>Bird | May 27,<br>2023<br>5:41:47<br>PM | Yeah |
| Received<br>Sent by:<br>Colleen<br>Magnan<br>Cronin | May 27,<br>2023<br>5:39:29<br>PM | But you're asking the board to use our names |
| Received<br>Sent by:<br>Bird | May 27,<br>2023<br>5:37:56<br>PM | Kristens name is on all sorts of legal documents and our counseling licenses of course |

| | | |
|---|---|---|
| Received Sent by: Bird | May 27, 2023 5:37:30 PM | No, not totally. But maybe media wise |
| Received Sent by: Colleen Magnan Cronin | May 27, 2023 5:36:55 PM | Scary stuff. Is that even possible? |
| Received Sent by: Bird | May 27, 2023 5:36:08 PM | No, I'm just worried about our house and personal life. So I'm working on how to remove our legal names from colors |
| Received Sent by: Colleen Magnan Cronin | May 27, 2023 5:35:12 PM | Wow! Was that advised? |
| Sent | May 27, 2023 5:34:25 PM | ktaylor@colorsplus.org |
| Received Sent by: Bird | May 27, 2023 5:33:59 PM | It looks good. For the sake of safety we are going to start using different names, can you use them in the email? My name is Lennon Taylor and hers is Kameron Taylor. I have a new email address as well lennon@colorsplus.org |
| Received Sent by: Colleen Magnan Cronin | May 27, 2023 5:16:21 PM | Just sent an email draft. Hope it's on the right track. Let me know any changes |
| Received Sent by: Colleen Magnan Cronin | May 27, 2023 4:07:38 PM | Sounds nice. I should have given you some blankies. Just unloaded my car! |
| Sent | May 27, 2023 4:06:51 PM | No worries at all. We're looking for a movie to watch with Ben |
| Received Sent by: Colleen Magnan Cronin | May 27, 2023 4:04:58 PM | I'm going to want to show you first. Needed a break. Will do shortly. |
| Sent | May 27, 2023 4:04:00 PM | Let us know when you have the email ready to look at if you want us to review otherwise just let us know when you send to the board |
| Sent | May 27, 2023 4:03:26 PM | Alright. I can follow up with a text too to have people check emails |
| Received Sent by: | May 27, 2023 | Oh wow! Let's send the board an email before we post |

| | | |
|---|---|---|
| Colleen Magnan Cronin | 3:39:50 PM | |
| Sent | May 27, 2023 3:38:23 PM | Thank you Colleen! Looks great! Lisa is gonna look over it then I'll post and send you the link I sent it to Mallory. Here's something she sent us yesterday: Here's an interesting story about our work around the Geauga Co event if you want to share that with funders to underscore the threat. https://www.vice.com/en/article/7kx9ed/drag-queens-chesterland-church-extremists |
| Received Sent by: Colleen Magnan Cronin | May 27, 2023 3:25:21 PM | Sent back updates |
| Received Sent by: Colleen Magnan Cronin | May 27, 2023 1:49:49 PM | This is just one asshole on the reply chain. Fuckers. |
| Received Sent by: Bird | May 27, 2023 1:48:35 PM | Kristen send this to Mallory |
| Sent | May 27, 2023 1:45:44 PM | Damnit. We need to make Sascha aware of everything too |
| Received Sent by: Colleen Magnan Cronin | May 27, 2023 1:43:33 PM | |
| Received Sent by: Colleen Magnan Cronin | May 27, 2023 1:43:31 PM | Shit. I signed into twitter. Shouldn't have. |
| Sent | May 27, 2023 1:38:43 PM | No problem! |
| Received Sent by: Colleen Magnan Cronin | May 27, 2023 1:30:47 PM | Ok. Probably an hour or so |
| Sent | May 27, 2023 1:28:09 PM | Add your wordsmith magic when you have a moment 😊 |
| Sent | May 27, 2023 1:27:51 PM | Just sent the paragraph for the fundraiser |
| Received Sent by: Colleen | May 27, 2023 | |

| Magnan Cronin | 11:12:09 AM | |
|---|---|---|
| Sent | Mar 18, 2023 7:22:13 PM | Hahaha no worries at all |
| Received Sent by: Colleen Magnan Cronin | Mar 18, 2023 11:34:03 AM | I just copied and pasted the list from your email. Oops!! |
| Sent | Mar 18, 2023 11:28:40 AM | Haha it's okay |
| Received Sent by: Colleen Magnan Cronin | Mar 18, 2023 11:28:00 AM | Oh! Are you not on that whole chain? |
| Sent | Mar 18, 2023 11:26:04 AM | I think you* |
| Sent | Mar 18, 2023 11:25:57 AM | I think he might have sent it to Lisa. Only. Mine is kpepera@colorsplus.org but I looked at hers and it looks great |
| Sent | Mar 18, 2023 11:25:32 AM | Great! Looks good to me |
| Received Sent by: Colleen Magnan Cronin | Mar 18, 2023 11:24:58 AM | It went through, and Chase replied so looks like we have quorum |
| Received Sent by: Colleen Magnan Cronin | Mar 18, 2023 11:17:30 AM | I sent again. That email is acting wonky. I need to address that! |
| Received Sent by: Colleen Magnan Cronin | Mar 18, 2023 11:15:39 AM | I replied all to the chain. I'll check again |
| Sent | Mar 18, 2023 11:14:30 AM | I don't know if you sent it to my email because I don't see it |

| Received Sent by: Colleen Magnan Cronin | Mar 18, 2023 10:58:35 AM | I emailed out the agenda. Lmk if you received it and if I missed anything! |
| Received Sent by: Colleen Magnan Cronin | Mar 18, 2023 10:58:09 AM | On the png files you sent me |
| Received Sent by: Colleen Magnan Cronin | Mar 18, 2023 10:57:52 AM | Liked "On the flyers? " |
| Sent | Mar 18, 2023 10:57:17 AM | 👍 to "There's a typo in the family dinner pieces. Both say Fmaily Dinner" |
| Received Sent by: Bird | Mar 18, 2023 10:57:11 AM | Thanks for catching I'll fix it |
| Received Sent by: Bird | Mar 18, 2023 10:56:32 AM | On the flyers? |
| Received Sent by: Colleen Magnan Cronin | Mar 18, 2023 10:35:40 AM | There's a typo in the family dinner pieces. Both say Fmaily Dinner |
| Received Sent by: Colleen Magnan Cronin | Mar 16, 2023 9:29:33 PM | Liked "Volunteering for -Pride in the CLE, 6/3 -our even…" |
| Sent | Mar 16, 2023 7:04:36 PM | Volunteering for -Pride in the CLE, 6/3 -our event, 6/11 -summerfest, weekend 7/29 6-9pm and 7/30 11am-9pm |
| Received Sent by: Colleen Magnan Cronin | Mar 16, 2023 6:44:12 PM | Liked "A call works!" |
| Sent | Mar 16, 2023 6:42:09 PM | A call works! |
| Received Sent by: Colleen Magnan Cronin | Mar 16, 2023 6:41:43 PM | OMG it's over!! I'd prefer to get it out of the way but I need a couple minutes. Should I just call you or do you want to Zoom? |

| Sent | Mar 16, 2023 6:32:55 PM | No problem. It's okay if you need a break though! |
|------|------------------------|---------------------------------------------------|
| Received Sent by: Colleen Magnan Cronin | Mar 16, 2023 6:32:23 PM | For sure!! I can chat in about 15 minutes if that works |
| Sent | Mar 16, 2023 6:31:28 PM | Just like in high school |
| Received Sent by: Colleen Magnan Cronin | Mar 16, 2023 6:30:52 PM | It's excruciating!!! |
| Sent | Mar 16, 2023 6:30:27 PM | No need to apologize. I'm so sorry you're stuck! That's ridiculous |
| Received Sent by: Colleen Magnan Cronin | Mar 16, 2023 6:29:56 PM | I'm sorry, I've been in a meeting for 2 hours. Trying to finish it up--I feel trapped lol! |
| Sent | Mar 16, 2023 6:27:50 PM | Hey Colleen just wanted to check in if tonight still works |
| Sent | Mar 16, 2023 3:10:17 PM | Shannon mentioned the fun marketing part! Yes please! Less Crohn's symptoms today. Still there but needing to rest a lil more than I like 😊 thank you for asking! Just let me know when you're free. No rush. I don't have anything else scheduled this afternoon/evening |
| Received Sent by: Colleen Magnan Cronin | Mar 16, 2023 3:08:14 PM | Got it. I can do that! I have a couple items to potentially add based on marketing meeting. I'm excited to talk to you. I hope you're feeling better! |
| Sent | Mar 16, 2023 3:06:14 PM | I used the wrong word too. We usually create a director's report and then Pete creates the agenda |
| Sent | Mar 16, 2023 3:05:06 PM | Sounds good! |
| Received Sent by: Colleen Magnan Cronin | Mar 16, 2023 3:04:47 PM | Hi! You're on my list to email this afternoon! I'll have time in a couple hours. Meanwhile I'll check out the agenda. |
| Sent | Mar 16, 2023 | Hey Colleen. I'm sorry that we haven't touched base yet about the meeting Saturday. Just created an agenda and I'll send it over a minute for you. Let me know if you have time to talk |

| 3:03:22 PM | today or tomorrow or even Saturday before the meeting |