IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| COLORS+,<br><br>        Plaintiff,<br><br>        v.<br><br>COLORS+ COUNSELING, LLC, et al.,<br><br>        Defendants. | Case No. 1:25-cv-00078-PAB<br><br>Judge Pamela A. Barker |

**JOINT MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER**

Plaintiff Colors+ and Defendants Colors+ Counseling, LLC, Kameron Pepera and Lennon Pepera, jointly move the Court for entry of the attached Stipulated Protective Order. The discovery requested in the case involves the production of confidential and proprietary information, including sensitive financial, business, and personal information. Accordingly, the parties have agreed to a Stipulated Protective Order (attached hereto) to facilitate discovery and protect confidential information where appropriate.

WHEREFORE, the parties respectfully move the Court to enter the attached proposed Stipulated Protective Order.

Respectfully submitted,

| | |
|---|---|
| */s/ Kathleen M. Minahan per email consent* | */s/ Angela M. Lavin* |
| Kathleen M. Minahan          (0064989) | Angela M. Lavin                 (0069604) |
| Amily I. Imbrogno             (0092434) | Jay R. Carson                    (0068256) |
| MEYERS, ROMAN, FRIEDBERG & LEWIS | WEGMAN HESSLER VALORE |
| 28601 Chagrin Boulevard, Suite 600 | 6055 Rockside Woods Blvd., Ste. 200 |
| Cleveland, Ohio 44122 | Cleveland, OH 44131 |
| Telephone: (216) 831.0042 | Telephone: (216) 642-3342 |
| Facsimile:  (216) 831-0542 | Facsimile:  (216) 642-8826 |
| Email:  kminahan@meyersroman.com | Email: amlavin@wegmanlaw.com |
|           aimbrogno@meyersroman.com |           jrcarson@wegmanlaw.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |