AO 88A (Rev. 06/09) Subpoena to Testify at a Deposition in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

| | | |
|---|---|---|
| Colors+ | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.   1:-25-cv-00078 |
| Colors+ Counseling, et al. | ) | |
| | ) | (If the action is pending in another district, state where: |
| *Defendant* | ) | ) |

## SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

To:  Ken Schneck
6110 Fir Avenue, Cleveland, OH 44102

☑ *Testimony:*  **YOU ARE COMMANDED** to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action. If you are an organization that is *not* a party in this case, you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about the following matters, or those set forth in an attachment:

| Place: Meyers Roman Friedberg & Lewis, 28601 Chagrin Blvd., Ste. 600, Cleveland, OH 44122 | Date and Time: 12/16/2025 10:00 am |
|---|---|

The deposition will be recorded by this method:   Court reporter/stenographer

☑ *Production:*  You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material:

All communications to, from and/or including you (on the one hand) and Kameron Pepera and/or Lennon Pepera (on the other hand), which communications were sent to you personally or as an advocate of the LGBTQ+ community and not in furtherance of any news article.

All communications with anyone related to Colors+'s reputation in the LGBTQ+ community, which communications were sent to or from you personally or as an advocate of the LGBTQ+ community and not in furtherance of any news article.

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date:    11/24/2025

*CHRISTIAN M. CAPECE, CLERK OF COURT*

OR

_____                          _____
*Signature of Clerk or Deputy Clerk*                              *Attorney's signature*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*          Colors+
_____ , who issues or requests this subpoena, are:

Kathleen M. Minahan, Esq., Meyers Roman Friedberg & Lewis. 28601 Chagrin Blvd. Ste. 600, Cleveland, OH 44122
kminahan@meyersroman.com   (216) 831-0042

AO 88A (Rev. 06/09) Subpoena to Testify at a Deposition in a Civil Action (Page 2)

Civil Action No. 1:-25-cv-00078

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This subpoena for *(name of individual and title, if any)*   KEN Schneck
was received by me on *(date)*  11/25/2025  .

☒ I served the subpoena by delivering a copy to the named individual as follows:   by personally
handing to him @ 6110 Fir Ave., Cleveland OH.

on *(date)* 11/25/25 @ 9:50 a.m. or

☐ I returned the subpoena unexecuted because:

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$  53.10  .

My fees are $                    for travel and $                    for services, for a total of $          0.00          .

I declare under penalty of perjury that this information is true.

Date:  11/25/2025

_____
*Server's signature*

GERALD Morback - Process Server
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 88A  (Rev.  06/09) Subpoena to Testify at a Deposition in a Civil Action (Page 3)

## Federal Rule of Civil Procedure 45 (c), (d), and (e) (Effective 12/1/07)

**(c) Protecting a Person Subject to a Subpoena.**

**(1)** *Avoiding Undue Burden or Expense; Sanctions.* A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The issuing court must enforce this duty and impose an appropriate sanction — which may include lost earnings and reasonable attorney's fees — on a party or attorney who fails to comply.

**(2)** *Command to Produce Materials or Permit Inspection.*

**(A)** *Appearance Not Required.* A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.

**(B)** *Objections.* A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing or sampling any or all of the materials or to inspecting the premises — or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:

**(i)** At any time, on notice to the commanded person, the serving party may move the issuing court for an order compelling production or inspection.

**(ii)** These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

**(3)** *Quashing or Modifying a Subpoena.*

**(A)** *When Required.* On timely motion, the issuing court must quash or modify a subpoena that:

**(i)** fails to allow a reasonable time to comply;

**(ii)** requires a person who is neither a party nor a party's officer to travel more than 100 miles from where that person resides, is employed, or regularly transacts business in person — except that, subject to Rule 45(c)(3)(B)(iii), the person may be commanded to attend a trial by traveling from any such place within the state where the trial is held;

**(iii)** requires disclosure of privileged or other protected matter, if no exception or waiver applies; or

**(iv)** subjects a person to undue burden.

**(B)** *When Permitted.* To protect a person subject to or affected by a subpoena, the issuing court may, on motion, quash or modify the subpoena if it requires:

**(i)** disclosing a trade secret or other confidential research, development, or commercial information;

**(ii)** disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party; or

**(iii)** a person who is neither a party nor a party's officer to incur substantial expense to travel more than 100 miles to attend trial.

**(C)** *Specifying Conditions as an Alternative.* In the circumstances described in Rule 45(c)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:

**(i)** shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and

**(ii)** ensures that the subpoenaed person will be reasonably compensated.

**(d) Duties in Responding to a Subpoena.**

**(1)** *Producing Documents or Electronically Stored Information.* These procedures apply to producing documents or electronically stored information:

**(A)** *Documents.* A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.

**(B)** *Form for Producing Electronically Stored Information Not Specified.* If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.

**(C)** *Electronically Stored Information Produced in Only One Form.* The person responding need not produce the same electronically stored information in more than one form.

**(D)** *Inaccessible Electronically Stored Information.* The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

**(2)** *Claiming Privilege or Protection.*

**(A)** *Information Withheld.* A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:

**(i)** expressly make the claim; and

**(ii)** describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.

**(B)** *Information Produced.* If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information to the court under seal for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

**(e) Contempt.** The issuing court may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena. A nonparty's failure to obey must be excused if the subpoena purports to require the nonparty to attend or produce at a place outside the limits of Rule 45(c)(3)(A)(ii).



**meyers roman**
Meyers, Roman, Friedberg & Lewis | A Legal Professional Association

Eton Tower
28601 Chagrin Blvd., Suite 600
Cleveland, Ohio 44122

phone: 216.831.0042
fax: 216.831.0542
www.meyersroman.com

**Kathleen M. Minahan, Esq. - Ext. 223**
**kminahan@meyersroman.com**

November 25, 2025

**VIA HAND DELIVERY**
Ken Schneck
6110 Fir Avenue
Cleveland, OH 44102

      RE: *Colors+ v. Colors+ Counseling, LLC, et al.*
           **United States District Court Case No. 1:25-cv-00078**

Dear Mr. Schneck:

      Enclosed please find a Subpoena for attendance at deposition on December 16, 2025 at 10:00 am relative to the captioned litigation. The subpoena requires you to appear and bring with you the items described. Also enclosed is a check made payable to you in the amount of $53.10 as payment for the witness fee and mileage.

      If you have a conflict with the date or time of the deposition, please notify me at your earliest opportunity and we can try to select a mutually-agreeable alternative date for same.

                Very truly yours,

                Kathleen M. Minahan

KMM:cbl
Enclosure



**GERARD J MOSBACK**
**MOSBACK LEGAL DELIVERY SERVICE**
328 SKYVIEW DR
SEVEN HILLS, OH 44131-2820

04-94

4843

6-12/410
355

CHECK ARMOR

DATE _11/25/2025_

PAY TO THE ORDER OF _Ken Schneck_ $ 53.1⁰

_Fifty Three_ _____ /0⁰ DOLLARS

**PNCBANK**
PNC Bank, N.A.   070

FOR _Witnessfect mileage 1:25-cv-00078_
_Colorst -vs- Colors4 Counseling_

⑈004843⑈ ⑆041000124⑆ 4224274551⑈

**Mosback Legal Delivery Service**
328 Skyview Dr.
Seven Hills, OH  44131
+12163474863
mosbacklegaldelivery@gmail.com

**BILL TO**
Veritext
Attn: Jessica Gandy
633 East Colonial Drive
Orlando, FL  32803

**INVOICE 30491**

**DATE** 11/25/2025    **TERMS** Due on receipt

| CASE DESCRIPTION OF SERVICE | AMOUNT |
|---|---|
| Assignment # 7770962<br>RE: Colors +<br>       -vs-<br>       Colors + Counseling | |
| 11/25/2025 Service of Subpoena to: (Same Day Service) | |
| Ken Schneck @ 6110 Fir Ave., Cleveland, OH. | 125.00 |
| Witness Fee & Mileage to: Ken Schneck | 53.10 |

***EFFECTIVE IMMEDIATELY***
$35.00 LATE FEE WILL BE ADDED TO ALL INVOICES NOT
PAID WITHIN 30 DAYS OF SERVICE.

**TOTAL DUE**    **$178.10**

Pay invoice