UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| COLORS+, | ) | CASE NO. 1:25-cv-00078 |
| | ) | |
| Plaintiff, | ) | JUDGE PAMELA A. BARKER |
| | ) | |
| v. | ) | |
| | ) | |
| COLORS+ COUNSELING, LLC, et al., | ) | **JOINT STATUS REPORT** |
| | ) | |
| Defendants. | ) | |
| | ) | |

Now come the parties, by and through their respective counsel, and hereby notify the Court that they have conferred about extending the dispositive motion deadline in response to the Court's order of December 23, 2025. The parties jointly recommend that the dispositive motion deadline of February 13, 2026 be extended by forty-five (45) days to April 1, 2026.

Respectfully submitted,                              Respectfully submitted,

*/s/ Angela M Lavin (per email consent)*             */s/ Kathleen M. Minahan*
Angela M. Lavin (0069604)                            KATHLEEN M. MINAHAN (0064989)
Jay R. Carson (0068526)                              AMILY I. IMBROGNO (0092434)
Wegman Hessler Valore                                Meyers, Roman, Friedberg & Lewis
6055 Rockside Woods Blvd. N. Ste 200                 28601 Chagrin Boulevard, Suite 600
Cleveland, Ohio 44131                                Cleveland, Ohio 44122
216.642.3342 (telephone)                             216.831.0042 (telephone)
216.520.0145 (fax)                                   216.831.0542 (fax)
amlavin@wegmanlaw.com                                kminahan@meyersroman.com
jrcarson@wegmanlaw.com                               aimbrogno@meyersroman.com

*Attorneys for Defendants*                           *Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

      I certify that on this 14th day of January 2026, a copy of the foregoing *Joint Status Report* was filed with the Court electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                        */s/ Kathleen M. Minahan*
                                        KATHLEEN M. MINAHAN (0064989)